IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv420

| | |
|---|---|
| JOYCE MATHIS,  )<br>  )<br>  Plaintiff,  )<br>  )<br>Vs.  )<br>  )<br>LAW OFFICE OF DAVID SEAN DUFEK,  )<br>  )<br>  Defendant.  )<br>_____  ) | ORDER |

**THIS MATTER** is before the court on plaintiff's Notice of Settlement (#4), filed November 16, 2011. Inasmuch as defendant has been served but not made an appearance and the time for filing an Answer has run, plaintiff shall file her Rule 41 dismissal not later than January 6, 2012. Absent such Rule 41 filing or the taking of further action to move this case forward, this action will be dismissed on the court's own motion after that date.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff file her Notice of Dismissal not later than January 6, 2012. Absent such filing or other action to move the case forward, this action will be dismissed upon the court's motion after that date.

Signed: December 21, 2011

Max O. Cogburn Jr.
United States District Judge

-1-